## Evahlyn Stromsem, Appellee, v. Harold J. Stromsem, Appellant.

**Gen. No. 45,293.**

Rothbart & Rosenfield, for appellant; Edward Rothbart, Julius M. Rosenfield, and Joseph Stein, of counsel; George C. Rabens, for appellee. Opinion by JUSTICE FRIEND. **Not to be published in full.** Opinion filed

November 5, 1951; rehearing denied November 20, 1951; released for publication November 20, 1951.